# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

JOEL HEABEART, et al    (See Addendum Page

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

COINBASE, IN., et al.    (See Addendum Page)

(List the full name(s) of the defendant(s)/respondent(s).)

_25-CV-9197    )

**NOTICE OF APPEAL**

Notice is hereby given that the following parties:    (See Addendum Page)

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the    ☐ judgment    ☒ order    entered on:    4/22/2026

(date that judgment or order was entered on docket)

that:    SEE ATTACHED ORDER

(If the appeal is from an order, provide a brief description above of the decision in the order)

5/21/2026

Dated

Signature*

Tafur, Mario

Name (Last, First, MI)

| 500 N. Central Avenue, Ste. 610., | Glendale | CA | 91203 |
|---|---|---|---|
| Address | City | State | Zip Code |

818-649-3007

Telephone Number

mario@thebulldog.law

E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

Case No.: 1:25-cv-09197-JSR
Honorable Jed S. Rakoff

JOEL HEABEART, JOEL MILLER,
KYLE KELLEY, JUSTIN MORAN,
MARÍA CECILIA LUCANERA, NOEL
YOUNT, ISRAEL ALATRIZ, AARON
DUNCAN, DYLAN MICHAUD, JAMES
MICHAEL SMITH, and EDWARD C. TOAL.,

      Plaintiffs,

   v.

COINBASE, INC., COINBASE GLOBAL, INC.,
BRIAN ARMSTRONG, and
DOES 1–100,

      Defendants

APPEAL,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:25–cv–09197–JSR

Heabeart et al v. Coinbase, Inc. et al
Assigned to: Judge Jed S. Rakoff
Demand: $75,000
 Case in other court:  California Northern, 3:25–cv–04473
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 11/04/2025
Jury Demand: Plaintiff
Nature of Suit: 850
Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**

**Joel Heabeart**                    represented by    **Mario P. Tafur**
BULLDOG LAW, P.C.
500 N. Central Ave.
Ste 610
Glendale, CA 91203
855–216–3990
Fax: 323–967–7155
Email: mario@thebulldog.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mario P. Tafur**
Bulldog Law, P.C.
500 N. Central Ave., Suite 610
Glendale, CA 91203
(949) 649–3007
*ATTORNEY TO BE NOTICED*

**Philip R. Berwish , I**
Berwish Law
Berwish Law
2 Anderson Lane
08540
Princeton, NJ 08540
800–547–8717
Fax: 888–743–4723
Email: berwish@gmail.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kyle Kelley**                    represented by    **Mario P. Tafur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip R. Berwish , I**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mario P. Tafur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Noel Yount**                    represented by    **Mario P. Tafur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip R. Berwish , I**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mario P. Tafur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Israel Alatriz**                              represented by  **Mario P. Tafur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip R. Berwish , I**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mario P. Tafur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward Toal**                                represented by  **Mario P. Tafur**
*TERMINATED: 07/22/2025*                                     (See above for address)
*ATTORNEY TO BE NOTICED*

**Philip R. Berwish , I**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Madeline Elder**                             represented by  **Mario P. Tafur**
*TERMINATED: 07/22/2025*                                     (See above for address)
*ATTORNEY TO BE NOTICED*

**Philip R. Berwish , I**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Victoria Roser**                             represented by  **Mario P. Tafur**
*TERMINATED: 07/22/2025*                                     (See above for address)
*ATTORNEY TO BE NOTICED*

**Philip R. Berwish , I**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laura Douglas**                              represented by  **Mario P. Tafur**
*TERMINATED: 07/22/2025*                                     (See above for address)
*ATTORNEY TO BE NOTICED*

**Philip R. Berwish , I**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ian Farrell**                                represented by  **Mario P. Tafur**
*TERMINATED: 07/22/2025*                                     (See above for address)

*ATTORNEY TO BE NOTICED*

**Philip R. Berwish , I**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amy Lucanera**                                    represented by    **Mario P. Tafur**
*TERMINATED: 07/22/2025*                                             (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Philip R. Berwish , I**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Canfield**                                 represented by    **Mario P. Tafur**
*TERMINATED: 07/22/2025*                                             (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Philip R. Berwish , I**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeremy Haak**                                    represented by    **Mario P. Tafur**
*TERMINATED: 07/22/2025*                                             (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Philip R. Berwish , I**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward C. Toal**                                 represented by    **Mario P. Tafur**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Philip R. Berwish , I**
                                                                     (See above for address)
                                                                     *PRO HAC VICE*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Mario P. Tafur**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Cecilia Lucanera**                         represented by    **Mario P. Tafur**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Philip R. Berwish , I**
                                                                     (See above for address)
                                                                     *PRO HAC VICE*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Mario P. Tafur**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Michael Smith**     represented by     **Mario P. Tafur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip R. Berwish , I**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mario P. Tafur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Justin Moran**     represented by     **Mario P. Tafur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip R. Berwish , I**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mario P. Tafur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aaron Duncan**     represented by     **Mario P. Tafur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip R. Berwish , I**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mario P. Tafur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dylan Michaud**     represented by     **Mario P. Tafur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip R. Berwish , I**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mario P. Tafur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joel Miller**     represented by     **Mario P. Tafur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip R. Berwish , I**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mario P. Tafur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dylan Myburgh**
*TERMINATED: 10/09/2025*

represented by **Mario P. Tafur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip R. Berwish , I**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Coinbase Inc**

represented by **Randall Scott Luskey**
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
535 Mission Street
24th Floor
San Francisco, CA 94105
628–432–5100
Email: rluskey@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristina Anne Bunting**
Paul, Weiss, Rifkind, Wharton & Garrison
LLP (NYC)
1285 Avenue of the Americas
New York, NY 10019
(212) 373 3503
Fax: (212) 492 0503
Email: kbunting@paulweiss.com
*ATTORNEY TO BE NOTICED*

**Michael J. Pisem**
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
1285 Avenue of the Americas
New York, NY 10019
212–373–3983
Email: mpisem@paulweiss.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul David Brachman**
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
2001 K Street, NW
Washington, DC 20006
202–223–7440
Email: pbrachman@paulweiss.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**COINBASE GLOBAL, INC.**              represented by **Randall Scott Luskey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristina Anne Bunting**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Pisem**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul David Brachman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brian Armstrong**                    represented by **Randall Scott Luskey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristina Anne Bunting**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Pisem**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul David Brachman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/27/2025 | 1 | COMPLAINT *For Damages* against All Defendants ( Filing fee $ 405, receipt number ACANDC–20722435.). Filed by Edward Toal, Noel Yount, Jeremy Haak, Joel Heabeart, Brian Canfield, Ian Farrell, Amy Lucanera, Madeline Elder, Victoria Roser, Laura Douglas, Israel Alatriz, Kyle Kelley. (Attachments: # 1 Civil Cover Sheet)(Tafur, Mario) (Filed on 5/27/2025) Modified on 5/28/2025. Counsel failed to add all parties/filers during case opening (krp, COURT STAFF). [Transferred from California Northern on 11/4/2025.] (Entered: 05/27/2025) |
| 05/27/2025 | 2 | Summons Returned Unexecuted by Edward Toal, Noel Yount, Joel Miller, Jeremy Hank, Joel Heabeart, Bryan Canfield, Ian Farrell, Maria Cecilia Lucanera, Dylan Michaud, Aaron Duncan, Madeline Elder, Victoria Roser, Laura Douglas, Israel Alatriz, Kyle Kelley, Dylan Myburgh, Justin Moran as to All Defendants. (Attachments: # 1 Summons, # 2 Summons)(Tafur, Mario) (Filed on 5/27/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 05/27/2025) |
| 05/28/2025 | 3 | Case assigned to Magistrate Judge Donna M. Ryu.<br><br>Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E–Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening. |

| | | |
|---|---|---|
| | | Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 6/11/2025. (smc, COURT STAFF) (Filed on 5/28/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 05/28/2025) |
| 05/28/2025 | | Electronic filing error. ***Incorrect event used. This filing will not be processed by the Clerk's Office. Please re–file in its entirety, using event: **Proposed Summons**. Within ECF, select: *Civil Events > Other Filings > Other Documents > Proposed Summons.*** Re: 2 Summons Returned Unexecuted, filed by Laura Douglas, Kyle Kelley, Edward Toal, Joel Heabeart, Madeline Elder, Israel Alatriz, Noel Yount, Ian Farrell, Victoria Roser (krp, COURT STAFF) (Filed on 5/28/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 05/28/2025) |
| 05/28/2025 | 4 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 8/27/2025. Initial Case Management Conference set for 9/3/2025 01:30 PM in Oakland, – Videoconference Only. (krp, COURT STAFF) (Filed on 5/28/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 05/28/2025)** |
| 06/12/2025 | 5 | CLERK'S NOTICE TO PLAINTIFFS Re: Consent or Declination: Plaintiffs shall file a consent or declination to proceed before a magistrate judge. Note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. The forms are available at: http://cand.uscourts.gov/civilforms. Consent/Declination due by 6/26/2025. (ig, COURT STAFF) (Filed on 6/12/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 06/12/2025) |
| 06/13/2025 | 6 | Proposed Summons. (Attachments: # 1 Summons, # 2 Summons)(Tafur, Mario) (Filed on 6/13/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 06/13/2025) |
| 06/16/2025 | 7 | Summons Issued as to Brian Armstrong, Coinbase Global, Inc., Coinbase, Inc. (krp, COURT STAFF) (Filed on 6/16/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 06/16/2025) |
| 06/30/2025 | 8 | SECOND CLERK'S NOTICE TO PLAINTIFFS Re: Consent or Declination: Plaintiff shall file a consent or declination to proceed before a magistrate judge. Note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. The forms are available at: http://cand.uscourts.gov/civilforms. Consent/Declination due by 7/14/2025. (ig, COURT STAFF) (Filed on 6/30/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 06/30/2025) |
| 07/11/2025 | 9 | NOTICE by Coinbase, Inc. *Consent or Declination to Magistrate Judge Jurisdiction* (Tafur, Mario) (Filed on 7/11/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 07/11/2025) |
| 07/11/2025 | 10 | CLERK'S NOTICE Re: Consent or Declination: Defendants shall file a consent or declination to proceed before a magistrate judge. Note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. The forms are available at: http://cand.uscourts.gov/civilforms. (Party/parties were also notified via telephone or email.) Consent/Declination due by 7/25/2025. (afm, COURT STAFF) (Filed on 7/11/2025) Modified on 7/11/2025 (afm, COURT STAFF). [Transferred from California Northern on 11/4/2025.] (Entered: 07/11/2025) |
| 07/14/2025 | | Electronic filing error. ***Incorrect event used. Please re–file in its entirety, using event: Consent/Declination to Proceed Before a US Magistrate Judge. Within ECF, select: *Civil Events > Other Filings > Other Documents > Consent/Declination to Proceed Before a US Magistrate Judge.*** Re: 9 Notice (Other) filed by Coinbase, Inc. (krp, COURT STAFF) (Filed on 7/14/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 07/14/2025) |

| 07/15/2025 | 11 | MOTION for Leave to File *Plaintiff's First Amended Complaint* filed by Edward Toal, Madeline Elder, Victoria Roser, Laura Douglas, Ian Farrell, Joel Heabeart, Amy Lucanera, Brian Canfield, Kyle Kelley, Jeremy Haak, Noel Yount, Israel Alatriz. (Attachments: # 1 Exhibit)(Tafur, Mario) (Filed on 7/15/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 07/15/2025) |
|---|---|---|
| 07/15/2025 | 12 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Joel Heabeart.. (Tafur, Mario) (Filed on 7/15/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 07/15/2025) |
| 07/15/2025 | 13 | **ORDER: Pursuant to Civ. L.R. 7–2(c) and Judge Ryu's standing order, Plaintiffs were required to file a proposed order accompanying their motion which states their requested relief, and also email it to dmrpo@cand.uscourts.gov. Furthermore, Plaintiffs state in their brief that Defendants accepted service on 6/17/25, but no proof of service has been filed on the record. The court notes that if Defendants were served on 6/17/25, a responsive pleading was due on 7/8/25. Fed. R. Civ. P. 12(a)(1)(A)(i). By 7/18/25, Plaintiffs shall file a proof of service and a proposed order in compliance with the above. Signed by Chief Magistrate Judge Donna M. Ryu on 7/15/2025. *(This is a text–only entry generated by the court. There is no document associated with this entry.)* (dmrlc2, COURT STAFF) (Filed on 7/15/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 07/15/2025)** |
| 07/17/2025 | 14 | First MOTION for Leave to File *Plaintiff's First Amended Complaint* filed by Edward Toal, Madeline Elder, Victoria Roser, Laura Douglas, Ian Farrell, Joel Heabeart, Amy Lucanera, Brian Canfield, Kyle Kelley, Jeremy Haak, Noel Yount, Israel Alatriz. (Attachments: # 1 Proposed Order)(Tafur, Mario) (Filed on 7/17/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 07/17/2025) |
| 07/18/2025 | | Electronic filing error. ***The judge's initials are missing from the case number for this filing. Counsel need not re–file the document, but should reference the correct judge's name/initials on future filings.*** Re: 14 First MOTION for Leave to File *Plaintiff's First Amended Complaint* filed by Brian Canfield, Amy Lucanera, Laura Douglas, Kyle Kelley, Edward Toal, Joel Heabeart, Madeline Elder, Israel Alatriz, Noel Yount, Jeremy Haak, Ian Farrell, Victoria Roser (krp, COURT STAFF) (Filed on 7/18/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 07/18/2025) |
| 07/18/2025 | 15 | **ORDER granting Plaintiffs' Amended Motion for Leave to File First Amended Complaint 14 ***AS MODIFIED. First Amended Complaint shall be filed by 7/23/2025. Signed by Chief Magistrate Judge Donna M. Ryu on 7/18/2025. (dmrlc2, COURT STAFF) (Filed on 7/18/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 07/18/2025)** |
| 07/22/2025 | 16 | FIRST AMENDED COMPLAINT against All Defendants. Filed by Noel Yount, Israel Alatriz, Kyle Kelley, Joel Heabeart, Mara Cecilia Lucanera, Edward C. Toal, James Michael Smith, Justin Moran, Aaron Duncan, Dylan Michaud, Joel Miller, Dylan Myburgh. (Tafur, Mario) (Filed on 7/22/2025) Modified on 7/23/2025. Counsel failed to add all parties/filers. (krp, COURT STAFF). [Transferred from California Northern on 11/4/2025.] (Entered: 07/22/2025) |
| 07/25/2025 | 17 | NOTICE of Appearance filed by Randall Scott Luskey on behalf of Coinbase, Inc., Coinbase Global, Inc., Brian Armstrong (Luskey, Randall) (Filed on 7/25/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 07/25/2025) |
| 07/25/2025 | 18 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Coinbase, Inc., Coinbase Global, Inc., Brian Armstrong.. (Luskey, Randall) (Filed on 7/25/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 07/25/2025) |
| 07/25/2025 | 19 | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE: The Clerk of this Court will now randomly reassign this case to a District Judge because either (1) a party has not consented to the jurisdiction of a Magistrate Judge, or (2) time is of the essence in deciding a pending judicial action for which the necessary consents to Magistrate Judge jurisdiction have not been secured. You will be informed by separate notice of the district judge to whom this case is reassigned. |

| | | |
|---|---|---|
| | | ALL HEARING DATES PRESENTLY SCHEDULED BEFORE THE CURRENT MAGISTRATE JUDGE ARE VACATED AND SHOULD BE RE–NOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE IS REASSIGNED.<br><br>*This is a text only docket entry; there is no document associated with this notice.* (ig, COURT STAFF) (Filed on 7/25/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 07/25/2025) |
| 07/25/2025 | 20 | **ORDER REASSIGNING CASE**<br><br>IT IS ORDERED that this case is reassigned using a proportionate, random and blind system pursuant to General Order No. 44 to Judge James Donato. Magistrate Judge Donna M. Ryu no longer assigned to the case.<br><br>Counsel are instructed that all future filings shall bear the updated judicial initials immediately after the case number. Counsel are reminded to verify the location of the judge on the court website. All hearing and trial dates presently scheduled are vacated. However, existing briefing schedules for motions remain unchanged. Motions must be renoticed for hearing before the judge to whom the case has been reassigned, but the renoticing of the hearing does not affect the prior briefing schedule. Other deadlines such as those for ADR compliance and discovery cutoff also remain unchanged.<br><br>Notice: The assigned judge participates in the Cameras in the Courtroom Pilot Project. See General Order 65 and cand.uscourts.gov/cameras.<br><br>Mark B. Busby<br>Clerk, United States District Court<br>*(This is a text–only entry generated by the court. There is no document associated with this entry.)*<br><br>(amf, COURT STAFF) (Filed on 7/25/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 07/25/2025) |
| 07/28/2025 | 21 | **CASE MANAGEMENT SCHEDULING ORDER: Initial Case Management Conference set for 9/11/2025 10:00 AM in San Francisco, Courtroom 11, 19th Floor. Case Management Statement due by 9/4/2025. Signed by Judge James Donato on 7/28/2025. (lrc, COURT STAFF) (Filed on 7/28/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 07/28/2025)** |
| 08/04/2025 | 22 | STIPULATION WITH PROPOSED ORDER *RE TIME TO ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT* filed by Coinbase, Inc., Coinbase Global, Inc., Brian Armstrong. (Luskey, Randall) (Filed on 8/4/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 08/04/2025) |
| 08/08/2025 | 23 | **ORDER FINDING CASES NOT RELATED.** Signed by Judge Maxine M. Chesney on August 8, 2025. (mmclc2, COURT STAFF) (Filed on 8/8/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 08/08/2025) |
| 08/11/2025 | 24 | **ORDER re Stipulation Regarding Time to Answer or Respond to Amended Complaint, Dkt. No. 22. Signed by Judge James Donato on 8/11/2025. (jdlc3, COURT STAFF) (Filed on 8/11/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 08/11/2025)** |
| 08/22/2025 | 25 | ADR Clerks Notice re: Non–Compliance with Court Order. The parties have failed to file an ADR Certification as required by the Initial Case Management Scheduling Order. Counsel shall comply promptly with the requirements of ADR L.R. 3–5(b) and shall file the ADR Certification. *(This is a text–only entry generated by the court. There is no document associated with this entry.)*(cmf, COURT STAFF) (Filed on 8/22/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 08/22/2025) |
| 08/22/2025 | 26 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options *for Brian Armstrong* (Luskey, Randall) (Filed on 8/22/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 08/22/2025) |

| 08/22/2025 | 27 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options *for Coinbase Global, Inc.* (Luskey, Randall) (Filed on 8/22/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 08/22/2025) |
|---|---|---|
| 08/22/2025 | 28 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options *for Coinbase, Inc.* (Luskey, Randall) (Filed on 8/22/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 08/22/2025) |
| 09/04/2025 | 29 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options (Tafur, Mario) (Filed on 9/4/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 09/04/2025) |
| 09/04/2025 | 30 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options (Tafur, Mario) (Filed on 9/4/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 09/04/2025) |
| 09/04/2025 | 31 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options (Tafur, Mario) (Filed on 9/4/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 09/04/2025) |
| 09/04/2025 | 32 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options (Tafur, Mario) (Filed on 9/4/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 09/04/2025) |
| 09/04/2025 | 33 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options (Tafur, Mario) (Filed on 9/4/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 09/04/2025) |
| 09/04/2025 | 34 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options (Tafur, Mario) (Filed on 9/4/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 09/04/2025) |
| 09/04/2025 | 35 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options (Tafur, Mario) (Filed on 9/4/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 09/04/2025) |
| 09/04/2025 | 36 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options (Tafur, Mario) (Filed on 9/4/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 09/04/2025) |
| 09/04/2025 | 37 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options (Tafur, Mario) (Filed on 9/4/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 09/04/2025) |
| 09/04/2025 | 38 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options (Tafur, Mario) (Filed on 9/4/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 09/04/2025) |
| 09/04/2025 | 39 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options (Tafur, Mario) (Filed on 9/4/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 09/04/2025) |
| 09/04/2025 | 40 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options (Tafur, Mario) (Filed on 9/4/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 09/04/2025) |
| 09/04/2025 | 41 | JOINT CASE MANAGEMENT STATEMENT filed by Coinbase, Inc., Coinbase Global, Inc., Brian Armstrong. (Luskey, Randall) (Filed on 9/4/2025) Modified on 9/5/2025. Incorrect event (krp, COURT STAFF). [Transferred from California Northern on 11/4/2025.] (Entered: 09/04/2025) |
| 09/05/2025 | 42 | STIPULATION WITH PROPOSED ORDER *RE TIME TO ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT* filed by Coinbase, Inc., Coinbase Global, Inc., Brian Armstrong. (Luskey, Randall) (Filed on 9/5/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 09/05/2025) |
| 09/08/2025 | 43 | First MOTION for leave to appear in Pro Hac Vice *by Attorney Philip R. Berwish* ( Filing fee $ 328, receipt number ACANDC–21097636.) filed by Joel Miller, Dylan Myburgh, Joel Heabeart, Kyle Kelley, Noel Yount, Israel Alatriz, Edward C. Toal, |

| | | |
|---|---|---|
| | | Maria Cecilia Lucanera, James Michael Smith, Justin Moran, Aaron Duncan, Dylan Michaud. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Exhibit Certificate of Good Standing)(Berwish, Philip) (Filed on 9/8/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 09/08/2025) |
| 09/08/2025 | 44 | **ORDER. For Dkt. No. 42, defendants may respond to the amended complaint by September 22, 2025. Plaintiffs may file an opposition by October 14, 2025. Defendants may file a reply by October 24, 2025. The case management conference is continued to October 30, 2025. Signed by Judge James Donato on 9/8/2025.** *(This is a text−only entry generated by the court. There is no document associated with this entry.)* **(jdlc3, COURT STAFF) (Filed on 9/8/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 09/08/2025)** |
| 09/09/2025 | 45 | **ORDER by Judge James Donato granting 43 Motion for Pro Hac Vice as to Philip R. Berwish. (lrc, COURT STAFF) (Filed on 9/9/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 09/09/2025)** |
| 09/22/2025 | 46 | Rule 7.1 Disclosures by Coinbase, Inc. identifying Corporate Parent Coinbase Global, Inc. for Coinbase, Inc.. (Luskey, Randall) (Filed on 9/22/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 09/22/2025) |
| 09/22/2025 | 47 | Rule 7.1 Disclosures by Coinbase Global, Inc. (Luskey, Randall) (Filed on 9/22/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 09/22/2025) |
| 09/22/2025 | 48 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC−21155275.) filed by Coinbase, Inc., Coinbase Global, Inc., Brian Armstrong. (Bunting, Kristina) (Filed on 9/22/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 09/22/2025) |
| 09/22/2025 | 49 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC−21155329.) filed by Coinbase, Inc., Coinbase Global, Inc., Brian Armstrong. (Brachman, Paul) (Filed on 9/22/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 09/22/2025) |
| 09/22/2025 | 50 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC−21155350.) filed by Coinbase, Inc., Coinbase Global, Inc., Brian Armstrong. (Pisem, Michael) (Filed on 9/22/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 09/22/2025) |
| 09/22/2025 | 51 | MOTION to Dismiss filed by Dylan Myburgh. Motion to Dismiss Hearing set for 10/16/2025 10:00 AM in San Francisco, Courtroom 11, 19th Floor. Responses due by 10/6/2025. Replies due by 10/14/2025. (Attachments: # 1 Proposed Order)(Tafur, Mario) (Filed on 9/22/2025) Modified on 9/23/2025. Corrected filers. (krp, COURT STAFF). [Transferred from California Northern on 11/4/2025.] (Entered: 09/22/2025) |
| 09/22/2025 | 52 | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE by Judge James Donato granting 48 Motion for Pro Hac Vice for Kristina A Bunting.(tl, COURT STAFF) (Filed on 9/22/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 09/22/2025)** |
| 09/22/2025 | 53 | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE by Judge James Donato granting 49 Motion for Pro Hac Vice for Paul D. Brachman.(tl, COURT STAFF) (Filed on 9/22/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 09/22/2025)** |
| 09/22/2025 | 54 | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE by Judge James Donato granting 50 Motion for Pro Hac Vice for Michael J. Pisem.(tl, COURT STAFF) (Filed on 9/22/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 09/22/2025)** |
| 09/22/2025 | 55 | MOTION to Change Venue *DEFENDANTS' MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)* filed by Coinbase, Inc., Coinbase Global, Inc., Brian Armstrong. Motion Hearing set for 10/30/2025 10:00 AM in San Francisco, Courtroom 11, 19th Floor before Judge James Donato. Responses due by 10/14/2025. Replies due by 10/24/2025. (Attachments: # 1 Proposed Order)(Luskey, Randall) (Filed on 9/22/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 09/22/2025) |

| 09/22/2025 | 56 | MOTION to Compel *DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS* filed by Coinbase, Inc., Coinbase Global, Inc., Brian Armstrong. Motion Hearing set for 10/30/2025 10:00 AM in San Francisco, Courtroom 11, 19th Floor before Judge James Donato. Responses due by 10/14/2025. Replies due by 10/24/2025. (Attachments: # 1 Proposed Order)(Luskey, Randall) (Filed on 9/22/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 09/22/2025) |
|---|---|---|
| 09/22/2025 | 57 | MOTION to Dismiss *DEFENDANTS COINBASE, INC., COINBASE GLOBAL, INC. AND BRIAN ARMSTRONG'S MOTION TO DISMISS* filed by Coinbase, Inc., Coinbase Global, Inc., Brian Armstrong. Motion to Dismiss Hearing set for 10/30/2025 10:00 AM in San Francisco, Courtroom 11, 19th Floor. Responses due by 10/14/2025. Replies due by 10/24/2025. (Attachments: # 1 Proposed Order)(Luskey, Randall) (Filed on 9/22/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 09/22/2025) |
| 09/22/2025 | 58 | Request for Judicial Notice (re 56 MOTION to Compel *DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS*, 55 MOTION to Change Venue *DEFENDANTS' MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)*, 57 MOTION to Dismiss *DEFENDANTS COINBASE, INC., COINBASE GLOBAL, INC. AND BRIAN ARMSTRONG'S MOTION TO DISMISS*) *Defendants' Request for Consideration of Documents Incorporated by Reference and for Judicial Notice* filed by Coinbase, Inc., Coinbase Global, Inc., Brian Armstrong. (Attachments: # 1 Proposed Order)(Related document(s) 56 , 55 , 57 ) (Luskey, Randall) (Filed on 9/22/2025) Modified text on 9/23/2025 to conform to filing (krp, COURT STAFF). [Transferred from California Northern on 11/4/2025.] (Entered: 09/22/2025) |
| 09/22/2025 | 59 | Declaration of Randall Scott Luskey in Support of 56 MOTION to Compel *DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS*, 55 MOTION to Change Venue *DEFENDANTS' MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)*, 57 MOTION to Dismiss *DEFENDANTS COINBASE, INC., COINBASE GLOBAL, INC. AND BRIAN ARMSTRONG'S MOTION TO DISMISS* filed by Coinbase, Inc., Coinbase Global, Inc., Brian Armstrong. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Related document(s) 56 , 58 , 57 ) (Luskey, Randall) (Filed on 9/22/2025) Modified text on 9/23/2025 to conform to filing (krp, COURT STAFF) [Transferred from California Northern on 11/4/2025.] (Entered: 09/22/2025) |
| 09/22/2025 | 60 | Declaration of Aleksandar Totkov in Support of 55 MOTION to Change Venue *DEFENDANTS' MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)*, 57 MOTION to Dismiss *DEFENDANTS COINBASE, INC., COINBASE GLOBAL, INC. AND BRIAN ARMSTRONG'S MOTION TO DISMISS*, 56 MOTION to Compel *DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS* filed byCoinbase, Inc., Coinbase Global, Inc., Brian Armstrong. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30)(Related document(s) 55 , 57 , 56 ) (Luskey, Randall) (Filed on 9/22/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 09/22/2025) |
| 09/23/2025 | 61 | Amended MOTION to Dismiss filed by Joel Heabeart. Motion to Dismiss Hearing set for 10/30/2025 10:00 AM in San Francisco, Courtroom 11, 19th Floor. Responses due by 10/7/2025. Replies due by 10/14/2025. (Tafur, Mario) (Filed on 9/23/2025)[Transferred from California Northern on 11/4/2025.] (Entered: 09/23/2025) |
| 10/09/2025 | 62 | **ORDER. The motion for voluntary dismissal, Dkt. No. 61, is granted. Plaintiff Dylan Myburgh is dismissed. The hearing on the motion set for October 30, 2025, is vacated. Signed by Judge James Donato on 10/9/2025. (*This is a text−only entry generated by the court. There is no document associated with this entry.*) (jdlc3, COURT STAFF) (Filed on 10/9/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 10/09/2025)** |

| | | |
|---|---|---|
| 10/14/2025 | 63 | OPPOSITION/RESPONSE (re 56 MOTION to Compel *DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS* ) filed byJoel Heabeart. (Tafur, Mario) (Filed on 10/14/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 10/14/2025) |
| 10/14/2025 | 64 | OPPOSITION/RESPONSE (re 55 MOTION to Change Venue *DEFENDANTS' MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)* ) filed byJoel Heabeart. (Tafur, Mario) (Filed on 10/14/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 10/14/2025) |
| 10/14/2025 | 65 | OPPOSITION/RESPONSE (re 57 MOTION to Dismiss *DEFENDANTS COINBASE, INC., COINBASE GLOBAL, INC. AND BRIAN ARMSTRONG'S MOTION TO DISMISS* ) filed byJoel Heabeart. (Tafur, Mario) (Filed on 10/14/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 10/14/2025) |
| 10/23/2025 | 66 | AMENDED JOINT CASE MANAGEMENT STATEMENT filed by Coinbase, Inc., Coinbase Global, Inc., Brian Armstrong. (Luskey, Randall) (Filed on 10/23/2025) Modified on 10/24/2025. Incorrect event (krp, COURT STAFF). [Transferred from California Northern on 11/4/2025.] (Entered: 10/23/2025) |
| 10/24/2025 | 67 | REPLY (re 55 MOTION to Change Venue *DEFENDANTS' MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)* ) filed byCoinbase, Inc., Coinbase Global, Inc., Brian Armstrong. (Luskey, Randall) (Filed on 10/24/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 10/24/2025) |
| 10/24/2025 | 68 | REPLY (re 56 MOTION to Compel *DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS* ) filed byCoinbase, Inc., Coinbase Global, Inc., Brian Armstrong. (Luskey, Randall) (Filed on 10/24/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 10/24/2025) |
| 10/24/2025 | 69 | REPLY (re 57 MOTION to Dismiss *DEFENDANTS COINBASE, INC., COINBASE GLOBAL, INC. AND BRIAN ARMSTRONG'S MOTION TO DISMISS* ) filed byCoinbase, Inc., Coinbase Global, Inc., Brian Armstrong. (Luskey, Randall) (Filed on 10/24/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 10/24/2025) |
| 10/30/2025 | 70 | **Minute Entry for proceedings held before Judge James Donato: Motion Hearing held on 10/30/2025. Total Time in Court: 13 minutes. Court Reporter: Marla Knox. (jdlc2, COURT STAFF) (Date Filed: 10/30/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 11/03/2025)** |
| 11/03/2025 | 71 | **ORDER TRANSFERRING CASE. Signed by Judge James Donato on 11/3/2025. (jdlc2, COURT STAFF) (Filed on 11/3/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 11/03/2025)** |
| 11/03/2025 | 72 | TRANSCRIPT ORDER for proceedings held on 10/30/2025 before Judge James Donato by Brian Armstrong, Coinbase Global, Inc., Coinbase, Inc., for Court Reporter Marla Knox. (Pisem, Michael) (Filed on 11/3/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 11/03/2025) |
| 11/04/2025 | | Case transferred to the Southern District of New York per 71 ORDER TRANSFERRING CASE. (krp, COURT STAFF) (Filed on 11/4/2025) [Transferred from California Northern on 11/4/2025.] (Entered: 11/04/2025) |
| 11/04/2025 | 73 | CASE TRANSFERRED IN from the United States District Court – District of California Northern; Case Number: 3:25–cv–04473. Original file certified copy of transfer order and docket entries received. (Entered: 11/04/2025) |
| 11/04/2025 | | Case Designated ECF. (vba) (Entered: 11/04/2025) |
| 11/04/2025 | | CASE OPENING INITIAL ASSIGNMENT NOTICE – TRANSFER CASE: This case is assigned to: Judge Jed S. Rakoff. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(vba) (Entered: 11/04/2025) |

| | | |
|---|---|---|
| 11/04/2025 | | Magistrate Judge Sarah Netburn is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (vba) (Entered: 11/04/2025) |
| 11/04/2025 | | NOTE TO OUT OF STATE ATTORNEYS: Please visit the Court's website at https://nysd.uscourts.gov/ for information regarding admission to the S.D.N.Y. Bar and the CM/ECF Rules & Filing Instructions. (vba) (Entered: 11/04/2025) |
| 11/04/2025 | 74 | MOTION for Randall Scott Luskey to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31947183. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Brian Armstrong, COINBASE GLOBAL, INC., Coinbase Inc. (Attachments: # 1 Affidavit – Declaration of Randall S. Luskey, # 2 Exhibit A – California Certificate of Good Standing, # 3 Proposed Order for Admission Pro Hac Vice).(Luskey, Randall) (Entered: 11/04/2025) |
| 11/04/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 74 MOTION for Randall Scott Luskey to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31947183. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 11/04/2025) |
| 11/05/2025 | 75 | ORDER FOR ADMISSION PRO HAC VICE granting 74 Motion for Randall S. Luskey to Appear Pro Hac Vice. (Signed by Judge Jed S. Rakoff on 11/5/2025) (ks) (Entered: 11/05/2025) |
| 11/10/2025 | 76 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Mario Tafur to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Joel Heabeart. (Attachments: # 1 Affidavit Declaration of Mario Tafur, # 2 Exhibit California Certificate of Good Standing, # 3 Proposed Order Proposed Order for Admission Pro Hac Vice).(Tafur, Mario) Modified on 11/10/2025 (bc). (Entered: 11/10/2025) |
| 11/10/2025 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE re: Document No. 76 MOTION for Mario Tafur to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of California; the filing fee was not paid;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order. Pay the filing fee using the event Pro Hac Vice Fee Payment found under the event list Other Documents. (bc)** (Entered: 11/10/2025) |
| 11/10/2025 | | Pro Hac Vice Fee Due: for 76 MOTION for Mario Tafur to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff...**(bc) (Entered: 11/10/2025) |
| 11/11/2025 | | Pro Hac Vice Fee Payment: for 76 MOTION for Mario Tafur to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff..** Filing fee $ 200.00, receipt number ANYSDC–31978222..(Tafur, Mario) (Entered: 11/11/2025) |
| 12/04/2025 | 77 | NOTICE OF COURT CONFERENCE: Initial Conference set for 1/16/2026 at 11:15 AM before Judge Jed S. Rakoff. The dial–in information for the call will be as follows: USA Toll–Free : (855) 244–8681; Access Code: 23174323257. SO ORDERED (Signed by Judge Jed S. Rakoff on 12/4/2025) (ks) (Entered: 12/04/2025) |
| 12/08/2025 | 78 | MOTION for Mario Tafur to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–32100141. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Joel Heabeart. (Attachments: # 1 Affidavit Declaration of Mario Tafur, # 2 Exhibit Exhibit A California Certificate of Good Standing, # 3 Proposed Order Proposed Order for Admission Pro Hac Vice).(Tafur, Mario) (Entered: 12/08/2025) |
| 12/08/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 78 MOTION for Mario Tafur to Appear Pro Hac Vice . Filing fee $ 200.00,** |

| | | |
|---|---|---|
| | | **receipt number ANYSDC–32100141. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 12/08/2025) |
| 12/10/2025 | 79 | ORDER FOR ADMISSION PRO HAC VICE granting 78 Motion for Mario Tafur to Appear Pro Hac Vice. (Signed by Judge Jed S. Rakoff on 12/10/2025) (ks) (Entered: 12/10/2025) |
| 12/19/2025 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: A joint Telephone Conference held on 12/19/2025. No transcript nor recording was made.The parties are directed to submit new briefing on the motion to dismiss. Opening brief will be due January 9, response due January 30, and reply due February 13. The parties' briefs should comply with the local rules, as well as the individual rules of Judge Rakoff. An oral argument will be held on the motion on February 19, 2026 in courtroom 14B of 500 Pearl Street, New York, NY 10002.( Oral Argument set for 2/19/2026 at 02:00 PM before Judge Jed S. Rakoff.). (Kotowski, Linda) (Entered: 12/22/2025) |
| 01/09/2026 | 80 | MOTION to Compel Arbitration *and Stay Proceedings*. Document filed by Brian Armstrong, COINBASE GLOBAL, INC., Coinbase Inc..(Luskey, Randall) (Entered: 01/09/2026) |
| 01/09/2026 | 81 | MOTION to Dismiss *Counts I and II of Plaintiffs' Amended Complaint*. Document filed by Brian Armstrong, COINBASE GLOBAL, INC., Coinbase Inc..(Luskey, Randall) (Entered: 01/09/2026) |
| 01/09/2026 | 82 | DECLARATION of Randall Scott Luskey in Support re: 81 MOTION to Dismiss *Counts I and II of Plaintiffs' Amended Complaint*., 80 MOTION to Compel Arbitration *and Stay Proceedings*.. Document filed by Brian Armstrong, COINBASE GLOBAL, INC., Coinbase Inc. (Attachments: # 1 Exhibit 1–"Wrapped LUNA Token price" Webpage (as of May 2022), # 2 Exhibit 2–"Wrapped LUNA Classic price" Webpage (as of June 2022), # 3 Exhibit 3–Transcript of October 30, 2025 Hearing).(Luskey, Randall) (Entered: 01/09/2026) |
| 01/09/2026 | 83 | DECLARATION of Aleksandar Totkov in Support re: 81 MOTION to Dismiss *Counts I and II of Plaintiffs' Amended Complaint*., 80 MOTION to Compel Arbitration *and Stay Proceedings*.. Document filed by Brian Armstrong, COINBASE GLOBAL, INC., Coinbase Inc. (Attachments: # 1 Exhibit 1–User Activity Log – Lucanera, # 2 Exhibit 2–User Activity Log – Michaud, # 3 Exhibit 3–User Activity Log – Heabeart, # 4 Exhibit 4–User Activity Log – Kelley, # 5 Exhibit 5–User Activity Log – Alatriz, # 6 Exhibit 6–User Activity Log – Moran, # 7 Exhibit 7–User Activity Log – Toal, # 8 Exhibit 8–User Activity Log – Duncan, # 9 Exhibit 9–User Activity Log – Miller, # 10 Exhibit 10–User Activity Log – Smith, # 11 Exhibit 11–User Activity Log – Yount, # 12 Exhibit 12–2022 Web Browser User Agreement Acceptance Flow, # 13 Exhibit 13–2022 Mobile User Agreement Acceptance Flow, # 14 Exhibit 14–January 2022 User Agreement, # 15 Exhibit 15–May 2025 User Agreement, # 16 Exhibit 16–2025 User Agreement Update Email, # 17 Exhibit 17–Email Campaign Database – Moran, # 18 Exhibit 18–Email Campaign Database – Heabeart, # 19 Exhibit 19–Email Campaign Database – Yount, # 20 Exhibit 20–Email Campaign Database – Michaud, # 21 Exhibit 21–Email Campaign Database – Lucanera, # 22 Exhibit 22–Email Campaign Database – Toal, # 23 Exhibit 23–Email Campaign Database – Alatriz, # 24 Exhibit 24–Email Campaign Database – Duncan, # 25 Exhibit 25–Email Campaign Database – Smith, # 26 Exhibit 26–Email Campaign Database – Miller, # 27 Exhibit 27–Email Campaign Database – Kelley, # 28 Exhibit 28–"January 2022 Coinbase User Agreement Update" Coinbase Help Center Article, # 29 Exhibit 29–Post–January 31, 2022 New User Agreement Acceptance Flow).(Luskey, Randall) (Entered: 01/09/2026) |
| 01/09/2026 | 84 | MEMORANDUM OF LAW in Support re: 80 MOTION to Compel Arbitration *and Stay Proceedings*. . Document filed by Brian Armstrong, COINBASE GLOBAL, INC., Coinbase Inc..(Luskey, Randall) (Entered: 01/09/2026) |
| 01/09/2026 | 85 | MEMORANDUM OF LAW in Support re: 81 MOTION to Dismiss *Counts I and II of Plaintiffs' Amended Complaint*. . Document filed by Brian Armstrong, COINBASE GLOBAL, INC., Coinbase Inc..(Luskey, Randall) (Entered: 01/09/2026) |
| 01/15/2026 | 86 | NOTICE OF APPEARANCE by Philip R. Berwish, I on behalf of Israel Alatriz, Brian Canfield, Laura Douglas, Aaron Duncan, Madeline Elder, Ian Farrell, Jeremy Haak, |

| | | Joel Heabeart, Kyle Kelley, Amy Lucanera, Maria Cecilia Lucanera, Dylan Michaud, Joel Miller, Justin Moran, Dylan Myburgh, Victoria Roser, James Michael Smith, Edward Toal, Edward C. Toal, Noel Yount..(Berwish, Philip) (Entered: 01/15/2026) |
|---|---|---|
| 01/16/2026 | 87 | NOTICE OF APPEARANCE by Philip R. Berwish, I on behalf of Israel Alatriz, Brian Canfield, Laura Douglas, Aaron Duncan, Madeline Elder, Ian Farrell, Jeremy Haak, Joel Heabeart, Kyle Kelley, Amy Lucanera, Maria Cecilia Lucanera, Dylan Michaud, Joel Miller, Justin Moran, Dylan Myburgh, Victoria Roser, James Michael Smith, Edward Toal, Edward C. Toal, Noel Yount..(Berwish, Philip) (Entered: 01/16/2026) |
| 01/30/2026 | 88 | FIRST MEMORANDUM OF LAW in Opposition re: 80 MOTION to Compel Arbitration *and Stay Proceedings*. . Document filed by Israel Alatriz, Brian Canfield, Laura Douglas, Aaron Duncan, Madeline Elder, Ian Farrell, Jeremy Haak, Joel Heabeart, Kyle Kelley, Amy Lucanera, Maria Cecilia Lucanera, Dylan Michaud, Joel Miller, Justin Moran, Dylan Myburgh, Victoria Roser, James Michael Smith, Edward Toal, Edward C. Toal, Noel Yount..(Berwish, Philip) (Entered: 01/30/2026) |
| 01/30/2026 | 89 | FIRST MEMORANDUM OF LAW in Opposition re: 81 MOTION to Dismiss *Counts I and II of Plaintiffs' Amended Complaint*. . Document filed by Israel Alatriz, Brian Canfield, Laura Douglas, Aaron Duncan, Madeline Elder, Ian Farrell, Jeremy Haak, Joel Heabeart, Kyle Kelley, Amy Lucanera, Maria Cecilia Lucanera, Dylan Michaud, Joel Miller, Justin Moran, Dylan Myburgh, Victoria Roser, James Michael Smith, Edward Toal, Edward C. Toal, Noel Yount..(Berwish, Philip) (Entered: 01/30/2026) |
| 02/12/2026 | 92 | LETTER addressed to Judge Jed S. Rakoff from Carlos Simon Ubeda dated 2/12/2026 re: NOTICE OF MATERIAL EVIDENCE SUBMITTED BY INDEPENDENT CLAIMANT. (Attachments: # 1 Exhibit Ex to notice) (jjc) (Entered: 02/17/2026) |
| 02/13/2026 | 90 | REPLY MEMORANDUM OF LAW in Support re: 80 MOTION to Compel Arbitration *and Stay Proceedings*. . Document filed by Brian Armstrong, COINBASE GLOBAL, INC., Coinbase Inc..(Luskey, Randall) (Entered: 02/13/2026) |
| 02/13/2026 | 91 | REPLY MEMORANDUM OF LAW in Support re: 81 MOTION to Dismiss *Counts I and II of Plaintiffs' Amended Complaint*. . Document filed by Brian Armstrong, COINBASE GLOBAL, INC., Coinbase Inc..(Luskey, Randall) (Entered: 02/13/2026) |
| 02/18/2026 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: ( Oral Argument set for 2/19/2026 is adjouirmned to 3/13/2026 at 11:30 AM before Judge Jed S. Rakoff in courtroom 14B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York City, New York.) (Kotowski, Linda) (Entered: 02/18/2026) |
| 03/13/2026 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Oral Argument held on 3/13/2026 re: 81 MOTION to Dismiss *Counts I and II of Plaintiffs' Amended Complaint*. filed by Brian Armstrong, COINBASE GLOBAL, INC., Coinbase Inc, 80 MOTION to Compel Arbitration *and Stay Proceedings*. filed by Brian Armstrong, COINBASE GLOBAL, INC., Coinbase Inc. (Kotowski, Linda) (Entered: 03/13/2026) |
| 03/16/2026 | 93 | ORDER: Following careful consideration, the Court rules as follows: While the current complaint likely fails to state securities claims that meet the pleading requirements of the PSLRA or the statute of limitations, the plaintiffs are hereby given leave to try to cure these deficiencies by filing a Second Amended Complaint by no later than March 20, 2026 (a date that will not be adjourned under any circumstances). As further set forth in this Order. This brief must be filed by March 27, 2026. Plaintiffs may then file, by no later than April 3, 2026, a supplemental answering brief of no more than 25 double–spaced pages, incorporating by reference their prior briefs and oral arguments but responding to the arguments set forth in defendants' supplemental brief. As further set forth in this Order. If such an assertion is made in the Second Amended Complaint, the defendants can include within the 25 pages of their aforesaid supplemental brief due on March 27 their response to any such assertion, and the plaintiffs can in turn reply to such response within the 25 pages of their aforesaid supplemental brief due on April 3. As further set forth in this Order. SO ORDERED (Signed by Judge Jed S. Rakoff on 3/16/2026) ( Amended Pleadings due by 3/20/2026., Brief due by 3/27/2026., Replies due by 4/3/2026.) (ks) (Entered: 03/16/2026) |
| 03/18/2026 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: All deadlines from ECF No. 93 are extended by one week. As such, the Second Amended Complaint will |

| | | |
|---|---|---|
| | | be due March 27, 2026. (Kotowski, Linda) (Entered: 03/18/2026) |
| 03/19/2026 | 94 | TRANSCRIPT of Proceedings re: CONFERENCE held on 3/13/2026 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Rebecca Forman, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/9/2026. Redacted Transcript Deadline set for 4/20/2026. Release of Transcript Restriction set for 6/17/2026..(Moya, Goretti) (Entered: 03/19/2026) |
| 03/19/2026 | 95 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 3/13/26 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 03/19/2026) |
| 03/27/2026 | 96 | **FILING ERROR – DEFICIENT PLEADING – FILED AGAINST PARTY ERROR** SECOND AMENDED COMPLAINT amending 16 Amended Complaint, against All Defendants with JURY DEMAND. Document filed by Joel Heabeart. Related document: 16 Amended Complaint. (Attachments: # 1 Exhibit Exhibit A–D, # 2 Exhibit Exhibit E–H).(Tafur, Mario) Modified on 3/30/2026 (sj). (Entered: 03/27/2026) |
| 03/30/2026 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Mario Tafur to RE–FILE Document No. 96 Amended Complaint. The filing is deficient for the following reason(s): the All Defendant radio button was selected; the wrong party/parties whom the pleading is against were selected. Re–file the pleading using the event type Amended Complaint found under the event list Complaints and Other Initiating Documents – attach the correct signed PDF – select the individually named filer/filers – select the individually named party/parties the pleading is against. (sj)** (Entered: 03/30/2026) |
| 03/30/2026 | 97 | **FILING ERROR DEFICIENT PLEADING – PDF ERROR –** SECOND AMENDED COMPLAINT amending 96 Amended Complaint, 16 Amended Complaint, against All Defendants with JURY DEMAND.Document filed by Noel Yount, Joel Heabeart, Dylan Michaud, James Michael Smith, Joel Miller, Maria Cecilia Lucanera, Justin Moran, Edward C. Toal, Israel Alatriz, Kyle Kelley, Aaron Duncan. Related document: 96 Amended Complaint, 16 Amended Complaint,. (Attachments: # 1 Exhibit Exhibits A–D, # 2 Exhibit Exhibits E–H).(Tafur, Mario) Modified on 3/31/2026 (jgo). (Entered: 03/30/2026) |
| 03/31/2026 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Mario P. Tafur to RE–FILE Document No. 97 Second Amended Complaint. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the pleading is not correct; the PDF case caption must list all of the party names and must not include 'et al'; the All Defendant radio button was selected;. Re–file the pleading using the event type Second Amended Complaint found under the event list Complaints and Other Initiating Documents – attach the correct signed PDF – select the individually named filer/filers – select the individually named party/parties the pleading is against. (jgo)** (Entered: 03/31/2026) |
| 03/31/2026 | 98 | **FILING ERROR – DEFICIENT PLEADING – FILER ERROR –** SECOND AMENDED COMPLAINT amending 97 Amended Complaint,, 16 Amended Complaint, against Brian Armstrong, COINBASE GLOBAL, INC., Coinbase Inc with JURY DEMAND.Document filed by Noel Yount, Joel Heabeart, Dylan Michaud, James Michael Smith, Joel Miller, Maria Cecilia Lucanera, Justin Moran, Edward C. Toal, Israel Alatriz, Kyle Kelley, Aaron Duncan. Related document: 97 Amended Complaint,, 16 Amended Complaint,. (Attachments: # 1 Exhibit Exhibits A–D, # 2 Exhibit Exhibits E–H).(Tafur, Mario) Modified on 4/1/2026 (jgo). (Entered: 03/31/2026) |
| 04/01/2026 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Mario P. Tafur to RE–FILE re: Document No. 98 Second Amended Complaint. The filing is deficient for the following reason(s): all of the parties** |

| | | |
|---|---|---|
| | | **listed on the pleading were not entered on CM ECF; the PDF case caption contains a previously terminated party that must be added as a new party (Dylan Myburgh); the wrong filer/filers were selected for the pleading;. Docket the event type Add Party to Pleading found under the event list Complaints and Other Initiating Documents.. Re–file the pleading using the event type Second Amended Complaint found under the event list Complaints and Other Initiating Documents – attach the correct signed PDF – select the individually named filer/filers – select the individually named party/parties the pleading is against. (jgo)** (Entered: 04/01/2026) |
| 04/02/2026 | 99 | SECOND AMENDED COMPLAINT amending 16 Amended Complaint, 98 Amended Complaint,, against Brian Armstrong, COINBASE GLOBAL, INC., Coinbase Inc with JURY DEMAND.Document filed by Noel Yount, Joel Heabeart, Dylan Michaud, James Michael Smith, Joel Miller, Maria Cecilia Lucanera, Justin Moran, Edward C. Toal, Israel Alatriz, Kyle Kelley, Aaron Duncan. Related document: 16 Amended Complaint, 98 Amended Complaint,,. (Attachments: # 1 Exhibit Exhibits A–D, # 2 Exhibit Exhibits E–H).(Tafur, Mario) (Entered: 04/02/2026) |
| 04/03/2026 | 100 | SUPPLEMENTAL MEMORANDUM OF LAW in Support re: 81 MOTION to Dismiss *Counts I and II of Plaintiffs' Amended Complaint.*, 80 MOTION to Compel Arbitration *and Stay Proceedings*. . Document filed by Brian Armstrong, COINBASE GLOBAL, INC., Coinbase Inc..(Luskey, Randall) (Entered: 04/03/2026) |
| 04/03/2026 | 101 | DECLARATION of Randall Scott Luskey (Supplemental) in Support re: 81 MOTION to Dismiss *Counts I and II of Plaintiffs' Amended Complaint.*, 80 MOTION to Compel Arbitration *and Stay Proceedings*.. Document filed by Brian Armstrong, COINBASE GLOBAL, INC., Coinbase Inc. (Attachments: # 1 Exhibit 4 – May 20, 2022 tweet, # 2 Exhibit 5 – Migration Guide, # 3 Exhibit 6 – May 25, 2022 tweet and linked article, # 4 Exhibit 7 – May 28, 2022 tweet).(Luskey, Randall) (Entered: 04/03/2026) |
| 04/03/2026 | 102 | MOTION to Strike Document No. [Second Amended Complaint Ex A and References Thereto] . Document filed by Brian Armstrong, COINBASE GLOBAL, INC., Coinbase Inc..(Luskey, Randall) (Entered: 04/03/2026) |
| 04/03/2026 | 103 | MEMORANDUM OF LAW in Support re: 102 MOTION to Strike Document No. [Second Amended Complaint Ex A and References Thereto] . . Document filed by Brian Armstrong, COINBASE GLOBAL, INC., Coinbase Inc..(Luskey, Randall) (Entered: 04/03/2026) |
| 04/10/2026 | 104 | MEMORANDUM OF LAW in Opposition re: 81 MOTION to Dismiss *Counts I and II of Plaintiffs' Amended Complaint*. . Document filed by Israel Alatriz, Aaron Duncan, Joel Heabeart, Kyle Kelley, Maria Cecilia Lucanera, Dylan Michaud, Joel Miller, Justin Moran, James Michael Smith, Edward C. Toal, Noel Yount..(Tafur, Mario) (Entered: 04/10/2026) |
| 04/10/2026 | 105 | MEMORANDUM OF LAW in Opposition re: 102 MOTION to Strike Document No. [Second Amended Complaint Ex A and References Thereto] . . Document filed by Israel Alatriz, Aaron Duncan, Joel Heabeart, Kyle Kelley, Maria Cecilia Lucanera, Dylan Michaud, Joel Miller, Justin Moran, James Michael Smith, Edward C. Toal, Noel Yount. (Attachments: # 1 Exhibit Exhibit A Declaration).(Tafur, Mario) (Entered: 04/10/2026) |
| 04/21/2026 | 106 | MOTION for Joinder.Movant requests that the Court join Michael Repel as a plaintiff under right to intervene. (jm) (Entered: 04/22/2026) |
| 04/22/2026 | 107 | ORDER granting 56 Motion to Compel; granting 57 Motion to Dismiss; granting 80 Motion to Compel Arbitration; granting 81 Motion to Dismiss; denying as moot 102 Motion to Strike document from the record. the Court hereby grants the defendants' motions to dismiss the securities claims and to compel arbitration of the other claims. An Opinion explaining the reasons for these rulings will issue in due course. The Clerk's Office is respectfully directed to close ECF Nos. 56, 57, 80, 81, and 102. SO ORDERED.. (Signed by Judge Jed S. Rakoff on 4/22/2026) (ks) (Entered: 04/22/2026) |
| 05/06/2026 | 108 | MEMORANDUM OF LAW in Opposition re: 106 MOTION for Joinder. . Document filed by Brian Armstrong, COINBASE GLOBAL, INC., Coinbase Inc..(Luskey, Randall) (Entered: 05/06/2026) |

| | | |
|---|---|---|
| 05/07/2026 | 109 | OPINION AND ORDER re: 106 MOTION for Joinder.. For the foregoing reasons, the Court hereby re–confirms its earlier "bottom–line" Order granting the defendants' motions to dismiss the plaintiffs' securities claims and to arbitrate the plaintiffs' non–securities claims in their entirety. The Clerk's Office is respectfully directed to enter judgment in defendants' favor dismissing Counts One and Two and to otherwise stay the case pending the results of arbitration. SO ORDERED. (Signed by Judge Jed S. Rakoff on 5/7/2026) (ks) Transmission to Orders and Judgments Clerk for processing. (Entered: 05/07/2026) |
| 05/08/2026 | 110 | CLERK'S JUDGMENT re: 109 Memorandum & Opinion, in favor of COINBASE GLOBAL, INC., Coinbase Inc, Brian Armstrong against Aaron Duncan, Dylan Michaud, Edward C. Toal, Israel Alatriz, James Michael Smith, Joel Heabeart, Joel Miller, Justin Moran, Kyle Kelley, Maria Cecilia Lucanera, Noel Yount. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated May 7,2026, the Court hereby re–confirms its earlier "bottom–line" Order granting the defendants' motions to dismiss the plaintiffs' securities claims and to arbitrate the plaintiffs' non–securities claims in their entirety. Judgment entered in defendants' favor dismissing Counts One and Two and otherwise stays the case pending the results of arbitration. (Signed by Clerk of Court Tammi M Hellwig on 5/8/2026) (tp) (Entered: 05/08/2026) |
| 05/21/2026 | 111 | NOTICE OF APPEAL from 107 Order on Motion to Compel,,, Order on Motion to Dismiss,,, Order on Motion to Compel Arbitration,,,,,, Order on Motion to Strike,,. Document filed by Israel Alatriz, Aaron Duncan, Joel Heabeart, Kyle Kelley, Maria Cecilia Lucanera, Dylan Michaud, Joel Miller, Justin Moran, James Michael Smith, Edward C. Toal, Noel Yount. Filing fee $ 605.00, receipt number BNYSDC–32885122. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Tafur, Mario) (Entered: 05/21/2026) |
| 05/22/2026 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 111 Notice of Appeal,,..(nd) (Entered: 05/22/2026) |
| 05/22/2026 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 111 Notice of Appeal,, filed by Aaron Duncan, Justin Moran, Joel Miller, Edward C. Toal, Kyle Kelley, Joel Heabeart, Maria Cecilia Lucanera, James Michael Smith, Dylan Michaud, Israel Alatriz, Noel Yount were transmitted to the U.S. Court of Appeals..(nd) (Entered: 05/22/2026) |