S.D.N.Y. – N.Y.C.
25-cv-9197
Rakoff, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of September, two thousand twenty-six.

Present:

José A. Cabranes,
Gerard E. Lynch,
Joseph F. Bianco,
*Circuit Judges.*

---

Joel Heabeart, et al.,

*Plaintiffs-Appellants*,

Madeline Elder, et al.,

*Plaintiffs*,

v. 26-1433

Coinbase, Inc., et al.,

*Defendants-Appellees*.

---

Appellees move to dismiss the appeal for lack of jurisdiction. Upon due consideration, it is hereby ORDERED that the motion is GRANTED. *See Petrello v. White*, 533 F.3d 110, 113 (2d Cir. 2008); *see also Novick v. AXA Network, LLC*, 642 F.3d 304, 310 (2d Cir. 2011); *McCowan v. Dean Witter Reynolds Inc.*, 889 F.2d 451, 452–54 (2d Cir. 1989); Fed. R. Civ. P. 54(b).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe